**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**E. Brandt BYTHROW, Respondent.**

**Nos. 518 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 20, 1999.

*O R D E R*

PER CURIAM:

AND NOW, this 20th day of May, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 26, 1999, it is hereby

ORDERED that E. BRANDT BYTHROW, be subjected to PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**In the Matter of Thomas A. SHUMAKER.**

Supreme Court of Pennsylvania.

May 20, 1999.

*O R D E R*

PER CURIAM:

AND NOW, this 20th day of May, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated March 15, 1999, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.